1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DAMON LOUIS MATHEUS,

                         Petitioner,

        v.

MIKE MARTELL, Warden,

                         Respondent.

Case No. CV 11-06391-RGK (OP)

ORDER ADOPTING FINDINGS,
CONCLUSIONS, AND
RECOMMENDATIONS OF
UNITED STATES MAGISTRATE
JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections thereto. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

1       IT IS ORDERED that Judgment be entered:  (1) approving and adopting this

2   Report and Recommendation; and (2) denying the Petition as untimely and dismissing

3   this action with prejudice.

4

5

6   DATED:  November 23, 2011

                                            HONORABLE R. GARY KLAUSNER

7                                               United States District Judge

8

9   Prepared by:

10

11

12

    HONORABLE OSWALD PARADA

13  United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                         2