JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON LOUIS MATHEUS,<br><br>                Petitioner,<br>    v.<br><br>MIKE MARTELL, Warden,<br><br>                Respondent. | Case No. CV 11-06391-RGK (OP)<br><br>J U D G M E N T |

     Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

     IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: November 23, 2011

                             HONORABLE R. GARY KLAUSNER
                             United States District Judge

Prepared by:


_____
HONORABLE OSWALD PARADA
United States Magistrate Judge